UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-10-7371-R                                              Date: April 15, 2011

Title: MAIL.COM MEDIA CORP -V- ARTHUR MAYEROVICH et al
=================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

<u>William Horrell</u>                                   <u>None Present</u>
Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

            None                                                        None

PROCEEDINGS:   ORDER (IN CHAMBERS) SETTING PRE-TRIAL & TRIAL DATES

**COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE-TRIAL CONFERENCE on AUGUST 22, 2011 AT 11:00 A.M.**

**Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before AUGUST 1, 2011, which date will also serve as the discovery cut-off date in this action. There is no Motion Cut-Off Date set.**

**PRE-TRIAL CONFERENCE ORDER shall be lodged with this Court on or before AUGUST 15, 2011.**

**JURY TRIAL DATE is set as SEPTEMBER 20, 2011 AT 9:00 A.M.**

**IT IS SO ORDERED.**

cc: counsel of record


MINUTES FORM 11                                         Initials of Deputy Clerk ___WH____
CIVIL -- GEN