1  FREEDMAN & TAITELMAN, LLP
   BRYAN J. FREEDMAN (SBN 151990)
2  bfreedman@ftllp.com
   JACQUELINE C. BROWN (SBN 177970)
3  jbrown@ftllp.com
   JESSE KAPLAN (SBN 255059)
4  jkaplan@ftllp.com
   1901 Avenue of the Stars, Suite 500
5  Los Angeles, California 90067
   Tel.:  (310) 201-0005
6  Fax:  (310) 201-0045

7  Attorneys for Plaintiff MAIL.COM MEDIA CORPORATION

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12 MAIL.COM MEDIA CORPORATION,          CASE NO. CV 10-7371-R FM0x
   a Delaware corporation,
13                                       FIRST AMENDED COMPLAINT
              Plaintiff,                 FOR:
14
          vs.                            (1)  COPYRIGHT INFRINGEMENT;
15
   ARTHUR MEYEROVICH,                    (2)  UNFAIR COMPETITION AND
16 an individual d/b/a                        FALSE DESIGNATION OF
   www.boxofficeworld.com; ALINA             ORIGIN; AND
17 KAGANOVSKY, an individual d/b/a
   www.boxofficeworld.com; PRESENT       (3)  FEDERAL DILUTION
18 MEDIA GROUP, INC., a New York
   corporation; and DOES 1 through 10,   DEMAND FOR JURY TRIAL
19 inclusive,

20            Defendants.

21

22

23      Plaintiff Mail.com Media Corporation ("MMC"), the owner of

24 www.deadline.com ("Deadline"), alleges as follows:

25                      **INTRODUCTION**

26      1.    The Internet poses one of the biggest threats to copyrights and

27 trademarks since their inception.  Indeed, the Internet is fertile ground for the

28 unscrupulous to use any means possible, including the wholesale theft of

-1-

copyrighted material, to lure or divert Internet users to websites with the hope that an Internet user will click an advertisement or buy a product and generate revenue for the thief.  Defendants are such thieves.  Defendants own and operate dozens of websites, including www.boxofficeworld.com ("Box Office World"), through shell companies and dbas.  These websites, including Box Office World, contain click ads and link to "partner" websites that sell a variety products ranging from cutlery to dog beds.  Each "partner" website is owned and operated by affiliates of defendants.

2.     Deadline is the leading source for breaking news and original content relating to the business, politics and culture of the entertainment and media industries.  Deadline is the daily first-read for entertainment and big media industry executives and insiders, and receives millions of visits per day.  In an effort to capture and profit from Deadline's traffic, Defendants have copied countless original and copyrighted articles from Deadline and posted these articles verbatim on Box Office World.  By stealing Deadline's content, defendants have generated Internet traffic, earned advertising revenue, and sold products that they otherwise would not have but for their theft of Deadline's content.  Defendants' conduct will not be tolerated.  Accordingly, MMC seeks to recover the substantial damages it has suffered and to enjoin defendants from continuing to steal Deadline's property.  Additionally, this complaint shall serve as notice to all copyright infringers that MMC shall not stand idle and allow its property to be infringed.  To the contrary, MMC shall vigorously protect its rights and prosecute all copyright infringers.

## PARTIES, JURISDICTION, AND VENUE

3.     At all times mentioned herein, MMC was and is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in Los Angeles, California.  MMC is a leading digital media company that owns a unique portfolio of lifestyle brands including Deadline. ///

4.      MMC is informed and believes and on that basis alleges that, at all times mentioned herein, defendant Arthur Meyerovich ("Meyerovich") was and is an individual residing in New York, New York.  MMC is informed and believes and on that basis alleges that Meyerovich owns, operates, and controls dozens of websites, including Box Office World, through shell companies and dbas and using the same IP address for all the websites.  MMC is further informed and believes and on that basis alleges that these websites all contain click ads and/or paid advertising and links to "partner" websites that sell a variety of products ranging from cutlery to dog beds.  MMC is further informed and believes and on that basis alleges that each of the "partner" websites is owned and operated by affiliates of defendants.

5.      MMC is informed and believes and on that basis alleges that, at all times mentioned herein, defendant Alina Kaganovsky ("Kaganovsky") was and is an individual residing in New York, New York.  MMC is informed and believes and on that basis alleges that Kaganovsky is married to Meyerovich, and together they own, operate, and control the various websites, including Box Office World, described in paragraph 4.

6.      MMC is informed and believes and on that basis alleges that, at all times mentioned herein, defendant  Present Media Group, Inc., ("PMG") was and is a Corporation in New York with its principal place of business in New York, New York.  MMC is informed and believes and on that basis alleges that PMG owns, operates, and controls the various websites, including Box Office World, described in paragraph 4.

7.      The true names and capacities of defendants named herein as Does 2 though 10, inclusive are unknown to MMC, and therefore, MMC sues these defendants by such fictitious names.  MMC will seek leave of Court to amend this Complaint to show their true names and capacities when the same has been ascertained.  MMC is informed and believes and on that basis alleges that Does 2

1  through 10, inclusive, were responsible for the acts and transactions alleged herein

2  and are liable for MMC therefor.

3      8.   MMC is informed and believes and on that basis alleges that at all

4  times mentioned herein each of the defendants was the agent, employee, or co-

5  conspirator of the other defendants, and was at all times mentioned herein, acting

6  within the scope of such agency, employment, or conspiracy.

7      9.   This action asserts claims for copyright infringement under the

8  Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* (the "Copyright Act") and unfair

9  competition, false designation of origin, and trademark dilution under the

10  Trademark Act of 1946, 15 U.S.C. § 1051, *et seq.*, as amended, (the "Lanham

11  Act"). This Court has original jurisdiction over this action under the Copyright

12  Act and the Lanham Act.

13      10.   The matter in controversy exceeds the sum of $75,000, exclusive of

14  interest and costs.

15      11.   This Court has personal jurisdiction over defendants in that

16  defendants conducted business in this District, defendants intentionally direct

17  activities to this District, and the infringing acts alleged in this Complaint occurred

18  in this District.

19      12.   Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) in that a

20  substantial part of the events or omissions giving rise to the claims alleged herein

21  occurred in this District.

22                          **COMMON FACTS**

23      13.   MMC is the owner of Deadline. Deadline is the "must read" source

24  for breaking news and original content relating to the business, politics, and culture

25  of the entertainment and media industries. Deadline's articles provide an inside

26  look at the biggest players and events in the Hollywood, New York, London, and

27  the entertainment and big media industry. They also provide breaking news,

28  giving the story behind the story, as it is happening.

FIRST AMENDED COMPLAINT

14.     Deadline is tracked daily among the highest ranks of executives.  It reaches into the boardrooms, production offices, and agencies inside Hollywood and New York, as well as into Wall Street, hedge funds and Main Street – across America, Europe, Asia, and Australia.  Deadline receives millions of visits per day.

15.     MMC is informed and believes and on that basis alleges that defendants own, operate, and control the content of Box Office World.  Box Office World purports to provide box office sales information, entertainment news, film trailers, film reviews, and free films.

16.     Box Office World also features advertisements that are directed toward visitors of Box Office World, and in particular, California residents, and specifically, entertainment and media industry executives located in Los Angeles.

17.     MMC is informed and believes and on that basis alleges that defendants generate income by selling advertising space on Box Office World to advertisers.

18.     MMC is informed and believes and on that basis alleges that Box Office World links to "partner" websites that sell a variety of products from cutlery to dog beds.  MMC is further informed and believes and on that basis alleges that defendants attempt to lure Internet users to Box Office World with the hope that they will then click an advertisement or link to a partner website and buy goods and services through the partner website.  MMC is further informed and believes and on that basis alleges that the partner websites are owned and operated by affiliates of defendants.

19.     On its news page, Box Office World purports to provide readers with original news content relating to, among other things, film and television production and entertainment business news.  On its news pages, Box Office World typically posts a paragraph or two of text from an article that is accompanied by photographic or other graphic images.  Also typically (but not always), below the text, there is a link labeled "Read More."  When the "Read

1  More" link is clicked, the reader is taken to Deadline.

2      20.    However, with one exception, every title and every word of the text

3  appearing on Box Office World is a copied, verbatim from the original content

4  created, owned by, and posted on, Deadline. Additionally, the photographic and

5  other graphic images appearing on Box Office World are an exact reproduction of

6  the photographic and other graphic images found on Deadline.

7      21.    For example, on September 22, 2010, Box Office World posted an

8  article entitled "'Goodfellas' TV Series Has Town Jumping; But Will Majors

9  Align to John Gotti Jr. Pic?" The article includes approximately two paragraphs of

10  text followed by a link labeled "Read More." The article is also accompanied by a

11  large photograph of the cast of "Goodfellas" (Robert De Niro, Joe Pesci, Ray

12  Liotta, and Paul Sauvino), a smaller version of the photograph of the cast of

13  "Goodfellas," and a photograph of John Gotti Jr. ("Infringing Work 1"). A true

14  and correct copy of Infringing Work 1 is attached hereto as Exhibit A.

15      22.    When the "Read More" link from Infringing Work 1 is clicked, the

16  reader is taken to Deadline and an article entitled "'Goodfellas' TV Series Has

17  Town Jumping; But Will Majors Align to John Gotti Jr. Pic?" This article

18  appearing on Deadline is accompanied by photographs of the cast of "Goodfellas"

19  and John Gotti Jr. ("Deadline Article 1"). A true and correct copy of Deadline

20  Article 1 is attached hereto as Exhibit B. The text of Infringing Work 1 is a

21  verbatim copy of Deadline Article 1. Additionally, the photographs accompanying

22  Infringing Work 1 are also an exact reproduction of the photographs accompanying

23  Deadline Article 1.

24      23.    On September 28, 2010, Box Office World posted an article entitled

25  "Lucas Converting 'Star Wars Saga' To 3D." The article consists of one

26  paragraph followed by a link labeled "Read More." The article is also

27  accompanied by a photograph of George Lucas ("Infringing Work 2"). A true and

28  correct copy of Infringing Work 2 is attached hereto as Exhibit C.

-6-

FIRST AMENDED COMPLAINT

24.    When the "Read More" link from Infringing Work 2 is clicked, the reader is taken to Deadline and an article entitled "Lucas Converting 'Star Wars Saga' To 3D." This article appearing on Deadline is accompanied by a photograph of George Lucas ("Deadline Article 2"). A true and correct copy of Deadline Article 2 is attached hereto as Exhibit D. The text of Infringing Work 2 is a verbatim copy of Deadline Article 2. Additionally, the photograph accompanying Infringing Work 2 is an exact reproduction of the photograph accompanying Deadline Article 2.

25.    On September 28, 2010, Box Office World posted an article entitled "Steve Carell Taps Scribe Team To Turn Him Into A Rock Star." The article consists of one paragraph followed by a link labeled "Read More." The article is also accompanied by a photograph of Steve Carell ("Infringing Work 3"). A true and correct copy of Infringing Work 3 is attached hereto as Exhibit E.

26.    When the "Read More" link from Infringing Work 3 is clicked, the reader is taken to Deadline and an article entitled "Steve Carell Taps Scribes For Rock Star Pic." This article appearing on Deadline is accompanied by a photograph of Steve Carell ("Deadline Article 3"). A true and correct copy of Deadline Article 3 is attached hereto as Exhibit F. The text of Infringing Work 3 is a verbatim copy of Deadline Article 3. Additionally, the photograph accompanying Infringing Work 3 is an exact reproduction of the photograph accompanying Deadline Article 3.

27.    On September 28, 2010, Box Office World posted an article entitled "Sam Raimi's Stars Road Sets 3 TV Projects." The article consists of one paragraph followed by a link labeled "Read More." The article is also accompanied by a graphic image of box containing a stylized image of television set overlaid with the words "Nellie Andreeva [¶] DEADLINE I TV" (the "Deadline TV Mark") ("Infringing Work 4"). A true and correct copy of Infringing Work 4 is attached hereto as Exhibit G.

FIRST AMENDED COMPLAINT

28.     When the "Read More" link from Infringing Work 4 is clicked, the reader is taken to Deadline and an article entitled "Sam Raimi's Stars Road Sets 3 TV Project." This article appearing on Deadline is accompanied by the Deadline TV Mark ("Deadline Article 4"). A true and correct copy of Deadline Article 4 is attached hereto as Exhibit H. The text of Infringing Work 4 is a verbatim copy of Deadline Article 4. Additionally, the Deadline TV Mark accompanying Infringing Work 4 is an exact reproduction of the Deadline TV Mark accompanying Deadline Article 4.

29.     On September 28, 2010, Box Office World posted an article entitled "It's Official: Fox Cancels 'Lone Star.'" The article consists of one paragraph followed by a link labeled "Read More." The article is also accompanied by a publicity photograph for the program "Lone Star" ("Infringing Work 5"). A true and correct copy of Infringing Work 5 is attached hereto as Exhibit I.

30.     When the "Read More" link from Infringing Work 5 is clicked, the reader is taken to Deadline and an article entitled "It's Official: Fox Cancels 'Lone Star.'" This article appearing on Deadline is accompanied by a publicity photograph for the program "Lone Star" ("Deadline Article 5"). A true and correct copy of Deadline Article 5 is attached hereto as Exhibit J. The text of Infringing Work 5 is a verbatim copy of Deadline Article 5. Additionally, the publicity photograph for the program "Lone Star" accompanying Infringing Work 5 is an exact reproduction of the image accompanying Deadline Article 5.

31.     On September 28, 2010, Box Office World posted an article entitled "R.I.P. Ralph Vicinanza" ("Infringing Work 6"). A true and correct copy of Infringing Work 6 is attached hereto as Exhibit K.

32.     Infringing Work 6 does not contain a link to Deadline. However, on September 28, 2010, Deadline also posted an article entitled "R.I.P. Ralph Vicinanza" ("Deadline Article 6"). A true and correct copy of Deadline Article 6 is attached hereto as Exhibit L. The text of Infringing Work 6 is a verbatim copy

1  of Deadline Article 6.

2      33.   On September 28, 2010, Box Office World posted an article entitled

3  "And In Other Film Deals ..." The article consists of two paragraphs and is

4  accompanied by certain graphic images ("Infringing Work 7"). A true and correct

5  copy of Infringing Work 6 is attached hereto as Exhibit M.

6      34.   Infringing Work 7 does not contain a link to Deadline. However, on

7  September 28, 2010, Deadline also posted an article entitled "And In Other Film

8  Deals ...," and was accompanied by certain graphic images ("Deadline Article 7").

9  A true and correct copy of Deadline Article 7 is attached hereto as Exhibit N. The

10 text of Infringing Work 7 is a verbatim copy of Deadline Article 7. Additionally,

11 the graphic images accompanying Infringing Work 7 are an exact reproduction of

12 the graphic images accompanying Deadline Article 7.

13     35.   On September 28, 2010, Box Office World posted an article entitled

14 "RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In

15 Premiere Week." The article consists of one paragraph followed by a link labeled

16 "Read More." The article is also accompanied by the Deadline TV Mark

17 ("Infringing Work 8"). A true and correct copy of Infringing Work 8 is attached

18 hereto as Exhibit O.

19     36.   When the "Read More" link from Infringing Work 8 is clicked, the

20 reader is taken to Deadline and an article entitled "RATINGS RAT RACE: NBC &

21 CBS Gain While ABC and Fox Lose Ground In Premiere Week." This article

22 appearing on Deadline is accompanied by the Deadline TV Mark ("Deadline

23 Article 8"). A true and correct copy of Deadline Article 8 is attached hereto as

24 Exhibit P. The text of Infringing Work 8 is a verbatim copy of Deadline Article 8.

25 Additionally, the Deadline TV Mark accompanying Infringing Work 8 is an exact

26 reproduction of the Deadline TV Mark accompanying Deadline Article 8.

27     37.   On September 28, 2010, Box Office World posted an article entitled

28 "Hot Trailer: 'Yogi Bear.'" The article consists of one sentence and is

accompanied by a clip of the trailer for the film "Yogi Bear" ("Infringing Work 9"). A true and correct copy of Infringing Work 8 is attached hereto as Exhibit Q.

38.     Infringing Work 9 does not contain a link to Deadline. However, on September 28, 2010, Deadline also posted an article entitled "Hot Trailer: 'Yogi Bear,'" and was accompanied by a clip of the trailer for the film "Yogi Bear" ("Deadline Article 9"). A true and correct copy of Deadline Article 9 is attached hereto as Exhibit R. The text of Infringing Work 9 is a verbatim copy of Deadline Article 9. Additionally, the film clip accompanying Infringing Work 9 is an exact reproduction of the film clip accompanying Deadline Article 9.

39.     On September 28, 2010, Box Office World posted an article entitled "RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2." The article consists of one paragraph and is accompanied by the Deadline TV Mark ("Infringing Work 10"). A true and correct copy of Infringing Work 10 is attached hereto as Exhibit S.

40.     Infringing Work 10 does not contain a link to Deadline. However, on September 28, 2010, Deadline also posted an article entitled "'RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2," consisting of one paragraph and accompanied by the Deadline TV Mark ("Deadline Article 10"). A true and correct copy of Deadline Article 10 is attached hereto as Exhibit T. The text of Infringing Work 10 is a verbatim copy of Deadline Article 10. Additionally, the Deadline TV Mark accompanying Infringing Work 10 is an exact reproduction of the Deadline TV Mark accompanying Deadline Article 10.

41.     On September 28, 2010, Box Office World posted an article entitled "The Oscar Road Traveled By Toronto Films." The article consists of two paragraphs followed by a link labeled "Read More." The article is also accompanied by two photographs ("Infringing Work 11"). A true and correct copy of Infringing Work 11 is attached hereto as Exhibit U.

FIRST AMENDED COMPLAINT

42.     When the "Read More" link from Infringing Work 11 is clicked, the reader is taken to Deadline and an article entitled "The Oscar Road Traveled By Toronto Films." This article appearing on Deadline consists of ten paragraphs and is accompanied four photographs ("Deadline Article 11"). A true and correct copy of Deadline Article 11 is attached hereto as Exhibit V. The text of Infringing Work 11 is a verbatim copy of first paragraph and most of the second paragraph of Deadline Article 11. Additionally, the photographs accompanying Infringing Work 11 are an exact reproduction of the first two photographs accompanying Deadline Article 11.

43.     On September 28, 2010, Box Office World posted an article entitled "R.I.P. Sally Menke." The article consists of one paragraph and is accompanied by the Deadline TV Mark and a photograph of Sally Menke and Quentin Tarantino ("Infringing Work 12"). A true and correct copy of Infringing Work 12 is attached hereto as Exhibit W.

44.     Infringing Work 12 does not contain a link to Deadline. However, on September 28, 2010, Deadline also posted an article entitled "R.I.P. Sally Menke," accompanied by the Deadline TV Mark and a photograph of Sally Menke and Quentin Tarantino ("Deadline Article 12"). A true and correct copy of Deadline Article 12 is attached hereto as Exhibit X. Portions of the text appearing in Infringing Work 12 are a verbatim copy of portions of the text of Deadline Article 12. Additionally, the Deadline TV Mark and photograph accompanying Infringing Work 12 are an exact reproduction of the Deadline TV Mark and photograph accompanying Deadline Article 12.

45.     On September 28, 2010, Box Office World posted an article entitled "Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series." The article consists of one paragraph and is accompanied by the Deadline TV Mark and other graphic images ("Infringing Work 13"). A true and correct copy of Infringing Work 13 is attached hereto as Exhibit Y.

FIRST AMENDED COMPLAINT

46.     Infringing Work 13 does not contain a link to Deadline.  However, on September 28, 2010, Deadline also posted an article entitled "Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series," accompanied by the Deadline TV Mark and other graphic images ("Deadline Article 13").  A true and correct copy of Deadline Article 13 is attached hereto as Exhibit Z.  The text of Infringing Work 13 is a verbatim copy of the text of Deadline Article 13.  Additionally, the Deadline TV Mark and other graphic images accompanying Infringing Work 13 are an exact reproduction of the Deadline TV Mark and graphic images accompanying Deadline Article 13.

47.     On September 28, 2010, Box Office World posted an article entitled "RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounds for 'Lone Star.'"  The article consists of three paragraphs followed by a link labeled "Read More."  It is also accompanied by the Deadline TV Mark and other graphic images ("Infringing Work 14").  A true and correct copy of Infringing Work 14 is attached hereto as Exhibit AA.

48.     When the "Read More" link from Infringing Work 14 is clicked, the reader is taken to Deadline and an article entitled "RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounds for 'Lone Star.'"  This article appearing on Deadline consists of five paragraphs and is accompanied by the Deadline TV Mark and other graphic images ("Deadline Article 14").  A true and correct copy of Deadline Article 14 is attached hereto as Exhibit BB.  Nearly all of the text of Infringing Work 14 is a verbatim copy of first three paragraphs of Deadline Article 14.  Additionally, the Deadline TV Mark and other graphic images accompanying Infringing Work 14 are an exact reproduction of the Deadline TV Mark and other graphic images accompanying Deadline Article 14.

49.     On September 28, 2010, Box Office World posted an article entitled "ITV To Start Charging For Internet Extras."  The article consists of one paragraph followed by a link labeled "Read More."  It is also accompanied by a graphic

FIRST AMENDED COMPLAINT

image for ITV ("Infringing Work 15").  A true and correct copy of Infringing Work 15 is attached hereto as Exhibit CC.

50.    When the "Read More" link from Infringing Work 15 is clicked, the reader is taken to Deadline and an article entitled "ITV To Start Charging For Internet Extras."  This article appearing on Deadline consists of one paragraph and is accompanied by a graphic image for ITV ("Deadline Article 15").  A true and correct copy of Deadline Article 15 is attached hereto as Exhibit DD.  The text of Infringing Work 15 is a verbatim copy of Deadline Article 15 except that Infringing Work 15 omits the last three words of Deadline Article No 15.  Additionally, the graphic image accompanying Infringing Work 15 is an exact reproduction of the graphic image accompanying Deadline Article 15.

51.    On September 28, 2010, Box Office World posted an article entitled "Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes.'" The article consists of one paragraph followed by a link labeled "Read More."  It is also accompanied by a photograph of Jeff Bewkes ("Infringing Work 16").  A true and correct copy of Infringing Work 16 is attached hereto as Exhibit EE.

52.    When the "Read More" link from Infringing Work 16 is clicked, the reader is taken to Deadline and an article entitled "Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes.'" This article appearing on Deadline consists of five paragraphs and is accompanied by a photograph of Jeff Bewkes ("Deadline Article 16").  A true and correct copy of Deadline Article 16 is attached hereto as Exhibit FF.  The text of Infringing Work 16 is a verbatim copy of the first three paragraphs of Deadline Article 16, except that Infringing Work 16 omits the last word of the Deadline Article 16.  Additionally, the photograph of Jeff Bewkes accompanying Infringing Work 16 is an exact reproduction of the photograph of Jeff Bewkes accompanying Deadline Article 16.

53.    On September 28, 2010, Box Office World posted an article entitled "ABC Family Picks Up Four Pilots."  The article consists of two paragraphs

followed by a link labeled "Read More."  It is also accompanied by the Deadline TV Mark and other graphic images ("Infringing Work 17").  A true and correct copy of Infringing Work 17 is attached hereto as Exhibit GG.

54.   When the "Read More" link from Infringing Work 17 is clicked, the reader is taken to Deadline and an article entitled "ABC Family Picks Up Four Pilots."  This article appearing on Deadline consists of five paragraphs and is accompanied by the Deadline TV Mark and other graphic images ("Deadline Article 17").  A true and correct copy of Deadline Article 17 is attached hereto as Exhibit HH.  The text of Infringing Work 17 is a verbatim copy of the first four paragraphs of Deadline Article 17, and part of the fifth paragraph.  Additionally, the Deadline TV Mark and other graphic images accompanying Infringing Work 17 is an exact reproduction of the Deadline TV Mark and other graphic images accompanying Deadline Article 17.

55.   On September 28, 2010, Box Office World posted an article entitled "NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson."  The article consists of one paragraph followed by a link labeled "Read More."  It is also accompanied by the Deadline TV Mark and two photographs of Rachel Bilson and Josh Schwartz ("Infringing Work 18").  A true and correct copy of Infringing Work 18 is attached hereto as Exhibit II.

56.   When the "Read More" link from Infringing Work 18 is clicked, the reader is taken to Deadline and an article entitled "NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson."  This article appearing on Deadline consists of two paragraphs and is accompanied by the Deadline TV Mark and a photograph of Rachel Bilson and Josh Schwartz ("Deadline Article 18").  A true and correct copy of Deadline Article 18 is attached hereto as Exhibit JJ.  The text of Infringing Work 18 is a verbatim copy of the most of the first paragraph of Deadline Article 18.  Additionally, the Deadline TV Mark and photograph accompanying Infringing Work 18 is an exact reproduction of the Deadline TV

1  Mark and photograph accompanying Deadline Article 18.

2      57.    On September 28, 2010, Box Office World posted an article entitled

3  "BBC Boss 'Confident' Over License Fee."  The article consists of one paragraph

4  followed by a link labeled "Read More."  It is also accompanied by a photograph

5  of Mark Thompson ("Infringing Work 19").  A true and correct copy of Infringing

6  Work 19 is attached hereto as Exhibit KK.

7      58.    When the "Read More" link from Infringing Work 19 is clicked, the

8  reader is taken to Deadline and an article entitled "BBC Boss 'Confident' Over

9  License Fee."  This article appearing on Deadline consists of three paragraphs and

10  is accompanied by a photograph of Mark Thompson ("Deadline Article 19").  A

11  true and correct copy of Deadline Article 19 is attached hereto as Exhibit LL.  The

12  text of Infringing Work 19 is a verbatim copy of the first two paragraphs of

13  Deadline Article 19, and part of the third paragraph.  Additionally, the photograph

14  accompanying Infringing Work 19 is an exact reproduction of the photograph

15  accompanying Deadline Article 19.

16      59.    On September 28, 2010, Box Office World posted an article entitled

17  "UK Broadcasters Could Be Forced To Carry Local News Bulletins."  The article

18  consists of one paragraph and is accompanied by a photograph of UK Cultural

19  Secretary, Jeremy Hunt ("Infringing Work 20").  A true and correct copy of

20  Infringing Work 20 is attached hereto as Exhibit MM.

21      60.    Infringing Work 20 does not contain a link to Deadline.  However, on

22  September 28, 2010, Deadline also posted an article entitled "UK Broadcasters

23  Could Be Forced To Carry Local News Bulletins," accompanied by a photograph

24  of UK Cultural Secretary, Jeremy Hunt ("Deadline Article 20").  A true and correct

25  copy of Deadline Article 20 is attached hereto as Exhibit NN.  The text of

26  Infringing Work 20 is a verbatim copy of the text of Deadline Article 20.

27  Additionally, the photograph accompanying Infringing Work 20 is an exact

28  reproduction of the photograph accompanying Deadline Article 20.

61.     On September 29, 2010, Box Office World posted an article entitled "Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive."  The article consists of two paragraphs followed by a link labeled "Read More."  It is also accompanied certain graphic images including a graphic image in the shape of a square depicting stars illuminated by a strobe light, overlaid by the words "Pete Hammond [¶] Awards Columnist" (the "Peter Hammond Mark") ("Infringing Work 21").  A true and correct copy of Infringing Work 21 is attached hereto as Exhibit OO.

62.     When the "Read More" link from Infringing Work 21 is clicked, the reader is taken to Deadline and an article entitled "Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive."  This article appearing on Deadline consists of nine paragraphs and is accompanied by certain graphic images including the Peter Hammond Mark ("Deadline Article 21").  A true and correct copy of Deadline Article 21 is attached hereto as Exhibit PP.  The text of Infringing Work 21 is a verbatim copy of the first two, and part of the third, paragraphs of Deadline Article 21.  Additionally, the Pete Hammond Mark accompanying Infringing Work 21 is an exact reproduction of the Pete Hammond Mark accompanying Deadline Article 21.

63.     MMC is further informed and on that basis alleges that defendants are continuing to copy Deadline's content and post it on Box Office World verbatim.

## COUNT I
## COPYRIGHT INFRINGEMENT
### (17 U.S.C. § 501 *et seq.*)
### (Against All Defendants)

64.     MMC realleges and incorporates herein by reference paragraphs 1 through 63 as though fully set forth herein.

65.     The Deadline Articles 1-21 contain original content, created by Deadline.

66.     MMC is the sole and exclusive owner of all right, title, and interest in and to the copyrights for Deadline Articles 1-21.  Prior to filing this complaint, MMC submitted applications to the United States Copyright Office to obtain copyrights for each of the Deadline Articles 1-21 (the "Copyrights").

67.     In most instances, Infringing Works 1-21 copy the copyrighted content of the Deadline Articles 1-21 verbatim as alleged above.

68.     Defendants have published, marketed, distributed, and utilized the copyrighted content of Deadline Articles 1-21 on Box Office World.

69.     Defendants' actions were willful, intentional, and purposeful in disregard of MMC's Copyrights.

70.     As a direct and proximate cause of defendants' infringement of MMC's Copyrights and exclusive rights under the Copyright Act, MMC is entitled to damages and defendants' profits pursuant to 17 U.S.C. § 504(b) of the Copyright Act for each infringement.

71.     Alternatively, MMC is entitled to the maximum statutory damages pursuant to 17 U.S.C. § 504(c) of the Copyright Act in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(b).

72.     MMC is also entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505 of the Copyright Act.

73.     Defendants' conduct is causing and, unless enjoined and restrained by this Court, will continue to cause MMC great and irreparable injury that cannot be fully compensated or measured in money.  MMC has no adequate remedy at law. Pursuant to 17 U.S.C. § 502 of the Copyright Act, MMC is entitled to a preliminary and permanent injunction prohibiting further infringement of MMC's Copyrights.

/ / /

/ / /

## COUNT II

## UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN

### (15 U.S.C. § 1125(a))

### (Against All Defendants)

74.    MMC realleges and incorporates herein by reference paragraphs 1 through 72 as though fully set forth herein.

75.    MMC is the sole owner of the Deadline TV Mark and the Pete Hammond Mark. The Deadline TV Mark and Pete Hammond Mark are inherently distinctive trademarks associated with the goods and services related to Deadline. The Deadline TV Mark and the Pete Hammond Mark are used throughout Deadline.

76.    Based on Deadline's enormous success and influence in the entertainment and media industries, the Deadline TV Mark and Pete Hammond Mark have acquired considerable value and have become associated with Deadline by the consuming public. The public uses the Deadline TV Mark and Pete Hammond Mark to identify Deadline as the source of Deadline's goods and services.

77.    Defendants' use of the Deadline TV Mark and Pete Hammond Mark in connection with Box Office World misrepresents and falsely suggests to the general public the origin and source of Box Office World and creates a likelihood of confusion by consumers as to the source, sponsorship, and endorsement of Box Office World.

78.    Defendants' unlawful and unauthorized use of the Deadline TV Mark and Pete Hammond Mark on or in connection with Box Office World creates the express and implied misrepresentations that Box Office World is authorized, endorsed, or approved by, or associated with, Deadline.

79.    Defendants' conduct as described herein was willful with knowledge of and/or grossly reckless disregard for MMC's rights.

80.     Defendants' acts violate MMC's rights under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1), in that defendants' willful and intentional use of the Deadline TV Mark and Pete Hammond Mark on Box Office World creates a false designation of origin, false or misleading description of fact, and/or false or misleading representation of fact that is likely to cause confusion or deceive the consuming public as to the origin, sponsorship, and/or approval of Box Office World.

81.     MMC has no adequate remedy at law and if defendants' conduct is not enjoined by this Court, MMC will continue to suffer irreparable harm and injury to its goodwill and reputation that cannot be fully compensated or measured in money.  MMC has no adequate remedy at law.

## COUNT III

## DILUTION

### (15 U.S.C. § 1125(c))

### (Against All Defendants)

82.     MMC realleges and incorporates herein by reference paragraphs 1 through 80 as though fully set forth herein.

83.     The Deadline TV Mark and Pete Hammond Mark are famous and distinctive marks within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)(1), and have been famous and distinctive marks prior to defendants' unauthorized use of the marks as alleged herein.

84.     Defendants' use of the Deadline TV Mark and Pete Hammond Mark on Box Office World dilutes the distinctive quality of the Deadline TV Mark and Pete Hammond Mark and was done with the willful intent to trade on Deadline's reputation and goodwill and/or to cause dilution of these trademarks.

85.     Defendants' use of the Deadline TV Mark and Pete Hammond Mark was done with notice and full knowledge that such use was not authorized or licensed by MMC.

86.     Defendants' acts are in knowing and willful violation of MMC's rights under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(c).

87.     MMC has no adequate remedy at law and if defendants' conduct is not enjoined by this Court, MMC will continue to suffer irreparable harm and injury to its goodwill and reputation that cannot be fully compensated or measured in money.  MMC has no adequate remedy at law.

WHEREFORE, MMC prays for judgment in its favor and against defendants, and each of them, as follows:

## Count I for Copyright Infringement

1.     MMC's damages and defendants' profits in an amount to be determined, or in the alternative, statutory damages under 17 U.S.C. § 504(c);

2.     A temporary, preliminary, and permanent injunction restraining, enjoining, and prohibiting defendants, their agents, servants, employees, officers, successors and assigns, and all persons, firms, and corporations acting in concert or participation with defendants or on defendants' behalf from infringing, contributing to the infringement of MMC's Copyrights in any manner, and from copying, selling, marketing, distributing, displaying, licensing, or otherwise exploiting infringing copies or reproductions of any portion of Deadline Articles 1-21, and that defendants deliver to MMC all copies or other materials used in making the infringing copies or reproductions.

## Counts II and III for Federal Unfair Competition,
## False Designation of Origin, and Federal Dilution

3.     MMC's damages in an amount to be determined but equal to treble the greater of defendants' profits or MMC's actual damages; and

4.     A temporary, preliminary, and permanent injunction restraining, enjoining, and prohibiting defendants, their agents, servants, employees, officers, successors and assigns, and all persons, firms, and corporations acting in concert or participation with defendants or on defendants' behalf from:

FIRST AMENDED COMPLAINT

1           a.     Posting content, distributing, importing, exporting, advertising,

2    promoting, selling, offering for sale, and/or in any way using any mark, term,

3    name, symbol, artwork, or device in the United States that is identical or

4    confusingly similar to the Deadline TV Mark or Pete Hammond Mark, for any

5    platform, medium, and/or website relating, in any way, to the entertainment or

6    media industries, and committing any act that is likely to cause confusion, mistake

7    or deception.

8           b.     Representing that defendants' goods or services including but

9    not limited to Internet websites originate from, are licensed, endorsed or authorized

10   by, or are otherwise associated with Deadline; and

11          c.     Otherwise using the Deadline TV Mark and Pete Hammond

12   Mark or any reproduction, counterfeit, copy, or colorable imitation thereof in any

13   manner likely to cause confusion as to the source, origin, sponsorship or affiliation

14   of defendants, defendants' goods and services, or any commercial Internet website

15   owned and/or maintained by defendants.

16                        **All Counts**

17       5.    MMC's attorneys' fees and costs;

18       6.    Such other and further relief as the Court deems reasonable,

19   necessary, and just.

20

21        MMC hereby demands a jury trial.

22

23   DATED:  May 31, 2011          FREEDMAN & TAITLEMAN, LLP

24

25                            By: _____

26                              BRYAN J. FREEDMAN
                                Attorneys for Plaintiff MAIL.COM MEDIA
27                              CORPORATION

28

FIRST AMENDED COMPLAINT

# EXHIBIT "A"



DOUBLE THE FUN WITH THE HOTTEST SLOTS
$89/NIGHT    $50 RESORT CREDIT
MORONGO    BOOK NOW!

**BOX OFFICE WORLD**

Enter your email for movie news

Search Box Office World

- Home
- News
- Trailers
- Reviews
- Showtimes
- Free Movies

# : 'Goodfellas' TV Series Has Town Jumping; But Will Majors Align To John Gotti Jr. Pic?

**Top Box Office**

- 1. Wall Street: Mon...$19.0M
- 2. Legend of the Gu...$16.1M
- 3. The Town$15.6M
- 4. Easy A$10.6M
- 5. You Again$8.4M
- 6. Devil$6.6M
- 7. Resident Evil: A...$4.9M
- 8. Alpha and Omega$4.7M
- 9. Takers$1.6M
- 10. Inception$1.2M

**DVD Sales**

1. Iron Man 2 (Three-Disc...
2. Iron Man 2 (Single-Dis...
3. Iron Man 2 (Single-Dis...
4. Beauty and the Beast (...
5. Robin Hood: Unrated Di...
6. Toy Story 3
7. Toy Story 3 (Four-Disc...
8. Iron Man 2 (Two-Disc S...
9. Tinker Bell and the Gr...



## 'Goodfellas' TV Series Has Town Jumping; But Will Majors Align To John Gotti Jr. Pic?

Date: September 22, 2010



**EXCLUSIVE**: It's turning out to be an interesting week for projects based on organized crime. Just as HBO's *Boardwalk Empire* was renewed for a second season after one superb Martin Scorsese-directed pilot episode, I'm told that there's a hot new TV project in the offing: a series version of *Goodfellas*, the 1990 Scorsese mob classic written by Nicholas Pileggi. My sources tell me that Pileggi's likely to write at least the pilot episode. Warner Bros TV is in lead position to grab the series -- the studio distributed the original pic -- though several studios want it. Scorsese's participation is unclear, but Irwin



Winkler is likely to be the TV exec producer. This information came my way on the same day that John Gotti Jr announced he's set up his rights for a feature film that purports to tell a "father-son story" about growing up the son of John Gotti Sr, the Dapper Don who headed the Gambino crime family. Gotti Jr has aligned with Fiore Films, which claims it will start production in March. "During the past 20 years, there have been numerous made-for-television movies, books and other representations about me, my father and our family," Gotti Jr. said in a statement. "None of these projects were done in cooperation with my family and in most cases did not accurately reflect our lives. This film will not ... Read More »



**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Name (required)

Email Address (required)

Website

Speak your mind

[ Submit Comment ]

## More From The Hollywood Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The London Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots

- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Syndicated Channel

- #4: Beauty and the Beast (Three-Disc Diamond Edition Blu-ray/DVD Combo in Blu-ray Packaging)
- #1: Iron Man 2 (Three-Disc Blu-ray/DVD Combo + Digital Copy)
- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- #3: Iron Man 2 (Single-Disc Edition)
- #2: Iron Man 2 (Single-Disc Edition) [Blu-ray]
- Case 39
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #9: Glee: The Complete First Season
- #8: Tinker Bell and the Great Fairy Rescue
- Dreyfuss honored in NY for education initiative (AP)
- Lucas Converting 'Star Wars Saga' To 3D
- Tarantino film editor dies on hike in LA hills (AP)
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode

## More From The TV Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

# Box Office World Poll

### Which site is a better and more accurate resource?

○ Leesmovieinfo.net

◯ Leesmovieinfo.net



**1.30** % APY | NO FEES | NO MINIMUM BALANCE

A HIGH-YIELD SAVINGS ACCOUNT FROM AMERICAN EXPRESS

**LEARN MORE NOW**



**PERSONAL SAVINGS** from American Express
Accounts offered by American Express Bank, FSB. MEMBER FDIC

## Box Office

Arthouse Audit: 'Get Low' Surges

'Expendables' Battle On, 'Vampires,' 'Piranha' Settle for Scraps…

Friday Report: 'Expendables' Out-Muscle Wimpy New Movies

Seven-Day Summary: 'Expendables' Carry a Big Gun…

Weekend Briefing: Five Movies Aim for a Late Summer Nibble…

▫

- Home|
- Privacy Policy|
- Advertising Policy|
- Contact Us|

Copyright 2009-2010 Box Office World.

# EXHIBIT "B"

The 2010
Nissan Titan          $5,000 NISSAN CASH
                      – OR –
                      00% APR    FOR QUALIFIED
                                 BUYERS
                                          Click for Offer Details

**DEADLINE HOLLYWOOD**

## 'Goodfellas' TV Series Has Town Jumping; But Will Majors Align To John Gotti Jr. Pic?

By MIKE FLEMING Wednesday September 22, 2010 @ 6:36pm PDT

Al Pacino & Joe Pesci Circling Scorsese/De Niro Mob Movie



EXCLUSIVE: It's turning out to be an interesting week for projects based on organized crime. Just as HBO's *Boardwalk Empire* was renewed for a second season after one superb Martin Scorsese-directed pilot episode, I'm told that there's a hot new TV project in the offing: a series version of *Goodfellas*, the 1990 Scorsese mob classic written by Nicholas Pileggi. My sources tell me that Pileggi's likely to write at least the pilot episode. Warner Bros TV is in lead position to grab the series – the studio distributed the original pic – though several studios want it. Scorsese's participation is unclear, but Irwin Winkler is likely to be the TV exec producer.

This information came my way on the same day that John Gotti Jr announced he's set up his rights for a feature film that purports to tell a "father-son story" about growing up the son of John Gotti Sr, the Dapper Don who headed the Gambino crime family. Gotti Jr has aligned with Fiore Films, which claims it will start production in March. "During the past 20 years, there have been numerous made-for-television movies, books and other representations about me, my father and our family," Gotti Jr. said in a statement. "None of these projects were done in cooperation with my family and in most cases did not accurately reflect our lives. This film will not be a mob expose, but rather the true story of my life and relationship with my father."



I previously wrote about Gotti Jr's plans to pen his memoirs and set up a feature film and documentary just before he gave that *60 Minutes* interview. Based on how little he said in that interview last April, I'm not sure what Jr is bringing to the table. He spoke as if he was anticipating frustrated federal agents and prosecutors to look for a way to try him again. Gotti Jr. went through four criminal prosecutions that ended in mistrials, with the feds finally announcing they'd given up and wouldn't seek a 5th. Gotti Jr did serve a total of 9 years in jail, 3 in solitary confinement, accused of heading the Gambino crime family despite his claim he'd left the crime game for good in 1999.

But will any major studio or distributor want to be associated with a film that puts a positive spin on Gotti Jr or his father, or that puts money in Jr's pockets? When Sammy "The Bull" Gravano wrote a memoir with Peter Maas, survivors of his victims reportedly filed $25 million in damages lawsuits. While Jr's plan has been to use proceeds to pay his past legal bills and fund a youth center to steer kids from lives of crime, there will be inevitable controversy.

Authorized crime stories are tricky, and *Goodfellas* was a rare occasion when access to a participant led to paydirt. In this case, it was Henry Hill, played in the movie by Ray Liotta and who eventually ratted out the mobsters played by Robert De Niro and Paul Sorvino. (Joe Pesci's character had already been bumped off by then). Pileggi, who first told Hill's story in a book, told me a few years ago why things worked out so well for him and Scorsese: "In *Goodfellas*, Henry Hill opened up and gave up everything," Pileggi said. "He had the pressure of testifying under oath, and, if they caught him in a lie, he was going to prison and he'd have been dead in 10 minutes. I was just lucky enough to be like a stenographer as this guy talked about what it was like to want to be gangster. You could never have made that stuff up."

This article was printed from http://www.deadline.com/2010/09/goodfellas-series-has-studios-jumping-but-will-majors-align-to-john-gotti-jr-pic/

# EXHIBIT "C"



Enter your email for movie news

Search Box Office World

- [Home](#)
- [News](#)
- [Trailers](#)
- [Reviews](#)
- [Showtimes](#)
- [Free Movies](#)

##  : Lucas Converting 'Star Wars Saga' To 3D

**Top Box Office**

- 1. Wall Street: Mon...$19.0M
- 2. Legend of the Gu...$16.1M
- 3. The Town$15.6M
- 4. Easy A$10.6M
- 5. You Again$8.4M
- 6. Devil$6.6M
- 7. Resident Evil: A...$4.9M
- 8. Alpha and Omega$4.7M
- 9. Takers$1.6M
- 10. Inception$1.2M

**DVD Sales**

1. Iron Man 2 (Three-Disc...
2. Iron Man 2 (Single-Dis...
3. Iron Man 2 (Single-Dis...
4. Beauty and the Beast (...
5. Robin Hood: Unrated Di...
6. Toy Story 3
7. Toy Story 3 (Four-Disc...
8. Iron Man 2 (Two-Disc S...
9. Tinker Bell and the Gr...



## Lucas Converting 'Star Wars Saga' To 3D

Date: September 28, 2010



**UPDATE:** This is big news and Lucafilm intends to make a big
announcement about this long-awaited live-action *Star Wars Saga* conversion to stereoscopic 3D tomorrow. Can
you imagine the Death Star trench run and the Tatooine Podraces in that format? Yikes! Plus, with Industrial
Light & Magic supervising the project, led by John Knoll, this won't just just another cheezy 3D conversion.
According to tomorrow's announcement, obtained by Deadline, ILM's visual effects supervisor Knoll says,
"Getting good results on a stereo conversion is a matter of taking the time and getting it right. It takes a critical
and artistic eye along with an incredible attention to detail to be successful. It is not something that you can rush
if you want to expect good results. For *Star Wars* we will take our time, applying everything we know both
aesthetically and technically to bring audiences a fantastic new Star Wars experience." *Star Wars: Episode I -
The Phantom Menace* is expected to be released theatrically in 2012. A release date has not yet been set for the
other five films in the saga. This is sure to be a cash cow for everyone involved. *Star Wars* creator George
Lucas acknowledged publicly earlier this year that the 3D conversion had been stalled but that seeing
first *Avatar* and then *Alice In Wonderland* become such successes gave him new impetus to make the
conversion. Lucas has said he'd been looking "for years and years and years" to add 3D to the *Star
Wars Saga* but felt the technology hadn't measured up until *Avatar* changed his ... Read More »



**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Name (required)

Email Address (required)

Website

Speak your mind

Case 2:10-cv-07371-R -FMO   Document 14   Filed 05/31/11   Page 35 of 100   Page ID
#:373

Submit Comment

## More From The Hollywood Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The London Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Syndicated Channel

- #4: Beauty and the Beast (Three-Disc Diamond Edition Blu-ray/DVD Combo in Blu-ray Packaging)
- #1: Iron Man 2 (Three-Disc Blu-ray/DVD Combo + Digital Copy)
- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)

- #3: Iron Man 2 (Single-Disc Edition)
- #2: Iron Man 2 (Single-Disc Edition) [Blu-ray]
- Case 39
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #9: Glee: The Complete First Season
- #8: Tinker Bell and the Great Fairy Rescue
- Dreyfuss honored in NY for education initiative (AP)
- Lucas Converting 'Star Wars Saga' To 3D
- Tarantino film editor dies on hike in LA hills (AP)
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode

## More From The TV Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals...
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return. 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins. 'Event' Drops. No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Uncategorized Channel

- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #8: Tinker Bell and the Great Fairy Rescue
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode
- By the Will of Genghis Khan
- The Cleveland Show: Season 1
- Top Gear: Series 13

- Scrubs: Season 9
- Midsomer Murders: The Magician's Nephew
- Paranormal State: Season 4
- Midsomer Murders: Talking to the Dead
- Midsomer Murders: Midsomer Life
- Midsomer Murders: Days of Misrule

## Box Office World Poll

### Which site is a better and more accurate resource?

○ Leesmovieinfo.net
○ Boxofficeworld.com

Vote

View Results



## Box Office

Arthouse Audit: 'Get Low' Surges

'Expendables' Battle On, 'Vampires,' 'Piranha' Settle for Scraps…

Friday Report: 'Expendables' Out-Muscle Wimpy New Movies

Seven-Day Summary: 'Expendables' Carry a Big Gun…

Weekend Briefing: Five Movies Aim for a Late Summer Nibble…

=

- Home|
- Privacy Policy|
- Advertising Policy|
- Contact Us|

Copyright 2009-2010 Box Office World.

# EXHIBIT "D"

  

# DEADLINE HOLLYWOOD

## Lucas Converting 'Star Wars Saga' To 3D

By Nikki Finke Tuesday September 28, 2010 @ 7:51pm PDT



UPDATE: This is big news and Lucafilm intends to make a big announcement about this long-awaited live-action *Star Wars Saga* conversion to stereoscopic 3D tomorrow. Can you imagine the Death Star trench run and the Tatooine Podraces in that format? Yikes! Plus, with Industrial Light & Magic supervising the project, led by John Knoll, this won't just just another cheezy 3D conversion. According to tomorrow's announcement, obtained by Deadline, ILM's visual effects supervisor Knoll says, "Getting good results on a stereo conversion is a matter of taking the time and getting it right. It takes a critical and artistic eye along with an incredible attention to detail to be successful. It is not something that you can rush if you want to expect good results. For *Star Wars* we will take our time, applying everything we know both aesthetically and technically to bring audiences a fantastic new Star Wars experience." *Star Wars: Episode I - The Phantom Menace* is expected to be released theatrically in 2012. A release date has not yet been set for the other five films in the saga. This is sure to be a cash cow for everyone involved. *Star Wars* creator George Lucas acknowledged publicly earlier this year that the 3D conversion had been stalled but that seeing first *Avatar* and then *Alice In Wonderland* become such successes gave him new impetus to make the conversion. Lucas has said he'd been looking "for years and years and years" to add 3D to the *Star Wars Saga* but felt the technology hadn't measured up until *Avatar* changed his mind.

This article was printed from http://www.deadline.com/2010/09/lucasfilm-converting-star-wars-saga-to-3d/

# EXHIBIT "E"



Enter your email for movie news

Search Box Office World

- Home
- News
- Trailers
- Reviews
- Showtimes
- Free Movies

#   : Steve Carell Taps Scribe Team To Turn Him Into A Rock Star

**Top Box Office**

- 1. Wall Street: Mon...$19.0M
- 2. Legend of the Gu...$16.1M
- 3. The Town$15.6M
- 4. Easy A$10.6M
- 5. You Again$8.4M
- 6. Devil$6.6M
- 7. Resident Evil: A...$4.9M
- 8. Alpha and Omega$4.7M
- 9. Takers$1.6M
- 10. Inception$1.2M

Case 2:10-cv-07371-R( -FMO   Document 14   Filed 05/31/11   Page 42 of 100   Page ID #:380

**DVD Sales**

1. Iron Man 2 (Three-Disc...
2. Iron Man 2 (Single-Dis...
3. Iron Man 2 (Single-Dis...
4. Beauty and the Beast (...
5. Robin Hood: Unrated Di...
6. Toy Story 3
7. Toy Story 3 (Four-Disc...
8. Iron Man 2 (Two-Disc S...
9. Tinker Bell and the Gr...

 The webp

Most likely

- There
- If you

What you c

- Retype

- Go bac

- Go to

- More i

# Steve Carell Taps Scribe Team To Turn Him Into A Rock Star

Date: September 28, 2010

The writing team of Jonathan Goldstein and John Francis Daley just closed a deal at Warner Bros to script a feature vehicle for Steve Carell based on the 2008 documentary *Of All The Things*. That film told the story of how songwriter/producer Dennis Lambert achieved rock star status late in life when he went on a singing tour of the Philippines, and discovered he was to Filipinos what Jerry Lewis is to the French. Carell's Warner Bros-based Carousel is producing with Bryan and Sean Furst. The studio acquired the remake rights, while Submarine is repping the docu's distribution rights. It's the second project the writers are doing for Carell, who's crafting film vehicles he'll do after completing his run on *The Office*. They also wrote *Burt Wonderstone*, a New Line comedy that has Carell wanting to play a Vegas magician who accidentally kills his performing partner and tries to rebound while taking on a rival illusionist (the studio wants Sacha Baron Cohen for that role, but I'm told it's unlikely). *Of All The Things* was directed by Lambert's son, Jody, and is an affectionate look at a guy who first found success as the songwriter or producer of such memorable tunes as *Ain't No Woman (Like The One I've Got), One Tin Soldier, Rhinestone Cowboy, Night Shift, We Built This City*, and *Baby Come Back*. "After Lennon and McCartney, he had the most hits on the Billboard charts, like around 75 ... Read More »



**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Name (required)

Email Address (required)

Website

Speak your mind

Submit Comment

## More From The Hollywood Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive

- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The London Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Syndicated Channel

- #4: Beauty and the Beast (Three-Disc Diamond Edition Blu-ray/DVD Combo in Blu-ray Packaging)
- #1: Iron Man 2 (Three-Disc Blu-ray/DVD Combo + Digital Copy)
- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- #3: Iron Man 2 (Single-Disc Edition)
- #2: Iron Man 2 (Single-Disc Edition) [Blu-ray]
- Case 39
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)

- #9: Glee: The Complete First Season
- #8: Tinker Bell and the Great Fairy Rescue
- Dreyfuss honored in NY for education initiative (AP)
- Lucas Converting 'Star Wars Saga' To 3D
- Tarantino film editor dies on hike in LA hills (AP)
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode

## More From The TV Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Uncategorized Channel

- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #8: Tinker Bell and the Great Fairy Rescue
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode
- By the Will of Genghis Khan
- The Cleveland Show: Season 1
- Top Gear: Series 13
- Scrubs: Season 9
- Midsomer Murders: The Magician's Nephew
- Paranormal State: Season 4
- Midsomer Murders: Talking to the Dead
- Midsomer Murders: Midsomer Life

Case 2:10-cv-07371-R  -FMO   Document 14   Filed 05/31/11   Page 46 of 100   Page ID
#:384

- Midsomer Murders: Days of Misrule

## Box Office World Poll

### Which site is a better and more accurate resource?

- ○ Leesmovieinfo.net
- ○ Boxofficeworld.com

[ Vote ]

View Results



## Box Office

Arthouse Audit: 'Get Low' Surges

'Expendables' Battle On, 'Vampires,' 'Piranha' Settle for Scraps…

Friday Report: 'Expendables' Out-Muscle Wimpy New Movies

Seven-Day Summary: 'Expendables' Carry a Big Gun…

Weekend Briefing: Five Movies Aim for a Late Summer Nibble…

ᵇ

- Home|
- Privacy Policy|
- Advertising Policy|
- Contact Us|

Copyright 2009-2010 Box Office World.

# EXHIBIT "F"

**ONLINE EXCLUSIVE!**
get the services you want for less.
AT&T U-VERSE• TV • INTERNET • DIGITAL HOME PHONE
**$300 BACK**
**OVER INCLUDED BLAZIN 2 N DVR RECEIVERS FOR 6 MONTHS**
LEARN MORE ●
LEGAL

# DEADLINE | HOLLYWOOD

## Steve Carell Taps Scribes For Rock Star Pic

By MIKE FLEMING Tuesday September 28, 2010 @ 5:25pm PDT



The writing team of Jonathan Goldstein and John Francis Daley just closed a deal at Warner Bros to script a feature vehicle for Steve Carell based on the 2008 documentary *Of All The Things*. That film told the story of how songwriter/producer Dennis Lambert achieved rock star status late in life when he went on a singing tour of the Philippines, and discovered he was to Filipinos what Jerry Lewis is to the French. Carell's Warner Bros-based Carousel is producing with Bryan and Sean Furst. The studio acquired the remake rights, while Submarine is repping the docu's distribution rights.

It's the second project the writers are doing for Carell, who's crafting film vehicles he'll do after completing his run on *The Office*. They also wrote *Burt Wonderstone*, a New Line comedy that has Carell wanting to play a Vegas magician who accidentally kills his performing partner and tries to rebound while taking on a rival illusionist (the studio wants Sacha Baron Cohen for that role, but I'm told it's unlikely). *Of All The Things* was directed by Lambert's son, Jody, and is an affectionate look at a guy who first found success as the songwriter or producer of such memorable tunes as *Ain't No Woman (Like The One I've Got)*, *One Tin Soldier*, *Rhinestone Cowboy*, *Night Shift*, *We Built This City*, and *Baby Come Back*. "After Lennon and McCartney, he had the most hits on the Billboard charts, like around 75 songs," said Goldstein. The one disappointment: while Lambert excelled writing and producing hit songs for others, his own 1972 solo album, *Bags and Things*, landed with a thud in the U.S. "Dennis left the music business and was selling real estate in Florida when he was told by a Filipino promoter that he's still huge there because his album had been so successful. The promoter begged him to tour," Daley said. "Finally, in his 60s and 20 years removed from the music business, Dennis says yes and suddenly he's playing packed 10,000 seat arenas. The movie will be about what happens when a middle-aged guy finds himself a rock star who realizes dreams he never got to live out."

Daley and Goldstein have had a strong writing run together, but they do equally well on their own. Daley is a regular on the TV series *Bones*, and his acting resume goes back to lead geek Sam Weir in the cult favorite series *Freaks and Geeks*. Goldstein, meanwhile, recently sold a pilot to CBS and is an executive consultant on the William Shatner sitcom *$#*! My Dad Says*. "Jonathan was a writer on *The Geena Davis Show* and I was acting in it," Daley said. "We shared a similar sense of humor and decided four years ago to try our hand at writing specs." They sold their first, *$40,000 Man*, to New Line, which has been their go-to place. That comedy is about a star athlete who gets in a terrible accident and is rebuilt by the government like the $6 Million Man, only he finds they used cut rate bionics. That picture is on a fast track at New Line, which just wrapped their script *Horrible Bosses*, the comedy that stars Jennifer Aniston, Kevin Spacey, Colin Farrell, Jamie Foxx, Jason Bateman, Charlie Day and Jason Sudeikis. Daley also plays a role in what will be their first produced film as writers. The scribes are currently writing a reboot of the *National Lampoon's Vacation* series for New Line, and they took a job at DreamWorks writing *Cal of the Wild* after a surreal meeting. "We were sitting with Stacey Snider, and Steven Spielberg walks in and pitches his idea about a guy who hosts a survivalist show and is a complete fraud," Goldstein said. "It was one of those moments you dream about where at the end you say, 'Yes, Steven Spielberg, we'll write your idea." They are repped by UTA and The Management Company.

Below, get a taste of Lambert's artistry on a song he co-wrote that was turned into a hit by Tavares:

This article was printed from http://www.deadline.com/2010/09/steve-carell-taps-scribe-team-to-turn-him-into-a-rock-star/

# EXHIBIT "G"

Case 2:10-cv-07371-R -FMO   Document 14   Filed 05/31/11   Page 51 of 100   Page ID #:389



 Enter your email for movie news

 Search Box Office World

- Home
- News
- Trailers
- Reviews
- Showtimes
- Free Movies

## ⊠ lc : Sam Raimi's Stars Road Sets 3 TV Projects

**Top Box Office**

- 1. Wall Street: Mon...$19.0M
- 2. Legend of the Gu...$16.1M
- 3. The Town$15.6M
- 4. Easy A$10.6M
- 5. You Again$8.4M
- 6. Devil$6.6M
- 7. Resident Evil: A...$4.9M
- 8. Alpha and Omega$4.7M
- 9. Takers$1.6M
- 10. Inception$1.2M

Case 2:10-cv-07371-R -FMO   Document 14   Filed 05/31/11   Page 52 of 100   Page ID
#:390

**DVD Sales**

1. Iron Man 2 (Three-Disc...
2. Iron Man 2 (Single-Dis...
3. Iron Man 2 (Single-Dis...
4. Beauty and the Beast (...
5. Robin Hood: Unrated Di...
6. Toy Story 3
7. Toy Story 3 (Four-Disc...
8. Iron Man 2 (Two-Disc S...
9. Tinker Bell and the Gr...



## Sam Raimi's Stars Road Sets 3 TV Projects

Date: September 28, 2010

In its first development season since focusing on primetime TV with a first-look deal at Sony TV and the hire of CBS' Robert Zotnowski as TV head, Sam Raimi and Joshua Donen's Stars Road Entertainment has sold 3 hourlong projects to 3 different networks, Fox, ABC and CBS. While the company plans to develop across all TV, the the primary focus leading into its first year "was to find early success (on broadcast)," said Zotnowski, who was SVP drama at CBS, co-heading the network's drama department before he left in August 2009 to join



Stars Road. The auspices involved in the company's 3 series projects, all produced by Sony TV, represent a mix of existing relationships Zotnowski has with TV writers and feature and comic book talent brought in by Raimi. The ABC project hails from Dee Johnson, with whom Zotnowski worked on *The Good Wife*. Last year, Johnson served as executive producer/showrunner on the first 13 episodes of the CBS legal drama. The new project centers on a top female prosecutor in Los Angeles, whom Zotnowski describes as a "female vigilante with a law license." The Fox project, *Smokers,* comes from comic book and TV writer Brian K. Vaughan, best known for creating the comic book series *Y: The Last Man*, and for his work as a writer on ABC's *Lost.* The high-concept drama, based on an original idea by Vaughan, is about a documentary crew following working calss heroes who exterminate alien threats in deep ... Read More »

---

**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Name (required)

Email Address (required)

Website

Speak your mind

Submit Comment

## More From The Hollywood Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series

- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The London Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Syndicated Channel

- #4: Beauty and the Beast (Three-Disc Diamond Edition Blu-ray/DVD Combo in Blu-ray Packaging)
- #1: Iron Man 2 (Three-Disc Blu-ray/DVD Combo + Digital Copy)
- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- #3: Iron Man 2 (Single-Disc Edition)
- #2: Iron Man 2 (Single-Disc Edition) [Blu-ray]
- Case 39
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #9: Glee: The Complete First Season
- #8: Tinker Bell and the Great Fairy Rescue
- Dreyfuss honored in NY for education initiative (AP)
- Lucas Converting 'Star Wars Saga' To 3D
- Tarantino film editor dies on hike in LA hills (AP)
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode

## More From The TV Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

# Box Office World Poll

### Which site is a better and more accurate resource?

◯ Leesmovieinfo.net
◯ Boxofficeworld.com

[ Vote ]

View Results



GAP

**25% OFF**
PLUS FREE SHIPPING
ON ORDERS OVER
$100*

shop now

Use GAPSAVENOW
*Some restrictions apply

SHOP GAP'S FAVORITES

# Box Office

Arthouse Audit: 'Get Low' Surges

'Expendables' Battle On, 'Vampires,' 'Piranha' Settle for Scraps…

Friday Report: 'Expendables' Out-Muscle Wimpy New Movies

Seven-Day Summary: 'Expendables' Carry a Big Gun…

Weekend Briefing: Five Movies Aim for a Late Summer Nibble…

¤

- Home|
- Privacy Policy|
- Advertising Policy|
- Contact Us|

Copyright 2009-2010 Box Office World.

# EXHIBIT "H"



## DEADLINE|HOLLYWOOD

## Sam Raimi's Stars Road Sets 3 TV Projects

By NELLIE ANDREEVA Tuesday September 28, 2010 @ 5:24pm PDT



In its first development season since focusing on primetime TV with a first-look deal at Sony TV and the hire of CBS' Robert Zotnowski as TV head, Sam Raimi and Joshua Donen's Stars Road Entertainment has sold 3 hourlong projects to 3 networks, Fox, ABC and CBS.

While the company plans to develop across all TV, the the primary focus leading into its first year "was to find early success (on broadcast)," said Zotnowski, who was SVP drama at CBS, co-heading the network's drama department before he left in August 2009 to join Stars Road. The auspices involved in the company's 3 series projects, all produced by Sony TV, represent a mix of existing relationships Zotnowski has with TV writers and feature and comic book talent brought in by Raimi.

The ABC project hails from Dee Johnson, with whom Zotnowski worked on *The Good Wife*. Last year, Johnson served as executive producer/showrunner on the first 13 episodes of the CBS legal drama. The new project centers on a top female prosecutor in Los Angeles, whom Zotnowski describes as a "female vigilante with a law license."

The Fox project, *Smokers*, comes from comic book and TV writer Brian K. Vaughan, best known for creating the comic book series *Y: The Last Man*, and for his work as a writer on ABC's *Lost*. The high-concept drama, based on an original idea by Vaughan, is about a documentary crew following working class heroes who exterminate alien threats in deep space.

The third project, set at Zotnowski's former home, CBS, is *Lancaster*, from writer Andrew Lipsitz (*CSI*, *CSI:NY*). It centers on a Scotland yard detective who joins the LAPD. With broadcast selling season wrapping up, Stars Road is turning its sights on cable where it plans to pitch next.

This article was printed from http://www.deadline.com/2010/09/sam-raimis-stars-road-sets-3-tv-projects/

# EXHIBIT "I"



Enter your email for movie news

Search Box Office World

- Home
- News
- Trailers
- Reviews
- Showtimes
- Free Movies

##  lc : **It's Official: Fox Cancels 'Lone Star'**

**Top Box Office**

- 1. Wall Street: Mon...$19.0M
- 2. Legend of the Gu...$16.1M
- 3. The Town$15.6M
- 4. Easy A$10.6M
- 5. You Again$8.4M
- 6. Devil$6.6M
- 7. Resident Evil: A...$4.9M
- 8. Alpha and Omega$4.7M
- 9. Takers$1.6M
- 10. Inception$1.2M

Case 2:10-cv-07371-R  -FMO   Document 14    Filed 05/31/11   Page 61 of 100   Page ID
#:399

**DVD Sales**

1. Iron Man 2 (Three-Disc...
2. Iron Man 2 (Single-Dis...
3. Iron Man 2 (Single-Dis...
4. Beauty and the Beast (...
5. Robin Hood: Unrated Di...
6. Toy Story 3
7. Toy Story 3 (Four-Disc...
8. Iron Man 2 (Two-Disc S...
9. Tinker Bell and the Gr...



## It's Official: Fox Cancels 'Lone Star'

Date: September 28, 2010





**UPDATED:** We have the first cancellation of the 2010-2011 season. No big surprise here - Fox today pulled the plug on the critically praised new soap *Lone Star* after 2 low-rated airings. Starting next Monday, *Lone Star* will be replaced by procedural *Lie to Me*, which has been called to duty earlier than planned. *Lie To Me*'s third season will launch next week in the Monday 9 PM slot, which the crime drama once occupied. Following Fox's cancelation, 20th Century Fox TV decided to immediately cease production on the show, which was filming Episode 6. It is not clear what will happen with the 3 produced episodes that have not aired yet. The writing was pretty much on the wall after the much-hyped *Lone Star* opened with a 1.3 rating in 18-49 last week. It got a reprieve but, instead of rebounding, it actually slipped from its disastrous premiere last night to a 1.0 rating, tied with the CW's *Gossip Girl* in the 9 PM hour. That's how, armed with strong reviews, solid cast and a big marketing campaign, *Lone Star*, became one of the biggest series misfires in recent TV memory. The consensus was that it was a series better suited for cable. But, since *Lone Star* was developed and budgeted as a broadcast series and in light of its quick demise on Fox without any devoted following, an afterlife for the series on cable appear ... Read More »

---



**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a <u>gravatar</u>!**

Name (required)

Email Address (required)

Website

Speak your mind

[ Submit Comment ]

## More From The Hollywood Channel

- <u>Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive</u>

- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The London Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Syndicated Channel

- #4: Beauty and the Beast (Three-Disc Diamond Edition Blu-ray/DVD Combo in Blu-ray Packaging)
- #1: Iron Man 2 (Three-Disc Blu-ray/DVD Combo + Digital Copy)
- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- #3: Iron Man 2 (Single-Disc Edition)
- #2: Iron Man 2 (Single-Disc Edition) [Blu-ray]
- Case 39
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)

- #9: Glee: The Complete First Season
- #8: Tinker Bell and the Great Fairy Rescue
- Dreyfuss honored in NY for education initiative (AP)
- Lucas Converting 'Star Wars Saga' To 3D
- Tarantino film editor dies on hike in LA hills (AP)
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode

## More From The TV Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Uncategorized Channel

- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #8: Tinker Bell and the Great Fairy Rescue
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode
- By the Will of Genghis Khan
- The Cleveland Show: Season 1
- Top Gear: Series 13
- Scrubs: Season 9
- Midsomer Murders: The Magician's Nephew
- Paranormal State: Season 4
- Midsomer Murders: Talking to the Dead
- Midsomer Murders: Midsomer Life

- Midsomer Murders: Days of Misrule

# Box Office World Poll

### Which site is a better and more accurate resource?

○ Leesmovieinfo.net
○ Boxofficeworld.com

| Vote |

View Results



# Box Office

Arthouse Audit: 'Get Low' Surges

'Expendables' Battle On, 'Vampires,' 'Piranha' Settle for Scraps...

Friday Report: 'Expendables' Out-Muscle Wimpy New Movies

Seven-Day Summary: 'Expendables' Carry a Big Gun...

Weekend Briefing: Five Movies Aim for a Late Summer Nibble...

- Home|
- Privacy Policy|
- Advertising Policy|
- Contact Us|

Copyright 2009-2010 Box Office World.

# EXHIBIT "J"


it's nice when the
things you want...

DEADLINE HOLLYWOOD

## It's Official: Fox Cancels 'Lone Star'

By NELLIE ANDREEVA Tuesday September 28, 2010 @ 3:07pm PDT



Nellie Andreeva
DEADLINE|TV

UPDATED: We have the first cancellation of the 2010-2011 season. No big surprise here - Fox today pulled the plug on the critically praised new soap *Lone Star* after 2 low-rated airings. Starting next Monday, *Lone Star* will be replaced by procedural *Lie to Me*, which has been called to duty earlier than planned. *Lie To Me*'s third season will launch next week in the Monday 9 PM slot, which the crime drama once occupied. Following Fox's cancellation, 20th Century Fox TV decided to immediately cease production on the show, which was filming Episode 6. It is not clear what will happen with the 3 produced episodes that have not aired yet.



The writing was pretty much on the wall after the much-hyped *Lone Star* opened with a 1.3 rating in 18-49 last week. It got a reprieve but, instead of rebounding, it actually slipped from its disastrous premiere last night to a 1.0 rating, tied with the CW's *Gossip Girl* in the 9 PM hour. That's how, armed with strong reviews, solid cast and a big marketing campaign, *Lone Star*, became one of the biggest series misfires in recent TV memory. The consensus was that it was a series better suited for cable. But, since *Lone Star* was developed and budgeted as a broadcast series and in light of its quick demise on Fox without any devoted following, an afterlife for the series on cable appear extremely unlikely.

This article was printed from http://www.deadline.com/2010/09/its-official-fox-cancels-lone-star/

# EXHIBIT "K"



Enter your email for movie news 

Search Box Office World

- Home
- News
- Trailers
- Reviews
- Showtimes
- Free Movies

 **: R.I.P. Ralph Vicinanza**

**Top Box Office**

-
  1. Wall Street: Mon...$19.0M
-
  2. Legend of the Gu...$16.1M
-
  3. The Town$15.6M
-
  4. Easy A$10.6M
-
  5. You Again$8.4M
-
  6. Devil$6.6M
-
  7. Resident Evil: A...$4.9M
-
  8. Alpha and Omega$4.7M
-
  9. Takers$1.6M
-
  10. Inception$1.2M

**DVD Sales**

1. <u>Iron Man 2 (Three-Disc...</u>
2. <u>Iron Man 2 (Single-Dis...</u>
3. <u>Iron Man 2 (Single-Dis...</u>
4. <u>Beauty and the Beast (...</u>
5. <u>Robin Hood: Unrated Di...</u>
6. <u>Toy Story 3</u>
7. <u>Toy Story 3 (Four-Disc...</u>
8. <u>Iron Man 2 (Two-Disc S...</u>
9. <u>Tinker Bell and the Gr...</u>



GAP

**25% OFF**

PLUS FREE
SHIPPING ON
ORDERS OVER
$100*

shop now

Use GAPSAVENOW
*Some restrictions apply

SHOP GAP'S
FAVORITES

## R.I.P. Ralph Vicinanza

Date: September 28, 2010

Ralph Vicinanza, the longtime literary agent of Stephen King and a stalwart representative of prominent science fiction authors, has passed away at the age of 60 from a brain aneurysm. "In the science fiction community, Ralph was one of the preeminent agents, and over the course of his career represented everyone from Philip K. Dick to Robert Heinlein, Isaac Asimov and Peter Straub," said Vince Gerardis, who partnered with Vicinanza in the production company Created By. While Vicinanza helped his authors get movie deals for many years, he

and Gerardis formed Created By to set up scifi projects for his authors. Among the company's credits are *Jumper* (based on the Steve Gould novel), the TV series *Flash Forward* (based on the Robert Sawyer novel) and the upcoming HBO series adaptation of the George RR Martin fantasy series *Game of Thrones*. "He was a great partner, mentor and friend," Gerardis said. Vicinanza's New York office will continue and there will be a memorial service Friday in Yonkers.

[icons]

**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Name (required)

Email Address (required)

Website

Speak your mind

[ Submit Comment ]

## More From The Hollywood Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson

- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The London Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Syndicated Channel

- #4: Beauty and the Beast (Three-Disc Diamond Edition Blu-ray/DVD Combo in Blu-ray Packaging)
- #1: Iron Man 2 (Three-Disc Blu-ray/DVD Combo + Digital Copy)
- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- #3: Iron Man 2 (Single-Disc Edition)
- #2: Iron Man 2 (Single-Disc Edition) [Blu-ray]
- Case 39
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #9: Glee: The Complete First Season
- #8: Tinker Bell and the Great Fairy Rescue
- Dreyfuss honored in NY for education initiative (AP)
- Lucas Converting 'Star Wars Saga' To 3D
- Tarantino film editor dies on hike in LA hills (AP)
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode

## More From The TV Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects

- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals...
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Uncategorized Channel

- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #8: Tinker Bell and the Great Fairy Rescue
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode
- By the Will of Genghis Khan
- The Cleveland Show: Season 1
- Top Gear: Series 13
- Scrubs: Season 9
- Midsomer Murders: The Magician's Nephew
- Paranormal State: Season 4
- Midsomer Murders: Talking to the Dead
- Midsomer Murders: Midsomer Life
- Midsomer Murders: Days of Misrule

# Box Office World Poll

### Which site is a better and more accurate resource?

○ Leesmovieinfo.net
○ Boxofficeworld.com

| Vote |

View Results



**25% OFF**
PLUS FREE SHIPPING
ON ORDERS OVER
$100*

shop now

Use GAPSAVENOW
*Some restrictions apply

SHOP GAP'S FAVORITES

# Box Office

Arthouse Audit: 'Get Low' Surges

'Expendables' Battle On, 'Vampires,' 'Piranha' Settle for Scraps...

Friday Report: 'Expendables' Out-Muscle Wimpy New Movies

Seven-Day Summary: 'Expendables' Carry a Big Gun...

Weekend Briefing: Five Movies Aim for a Late Summer Nibble...

- Home|
- Privacy Policy|
- Advertising Policy|
- Contact Us|

Copyright 2009-2010 Box Office World.

# EXHIBIT "L"

it's nice when the
things you want...



## DEADLINE HOLLYWOOD

## R.I.P. Ralph Vicinanza

By MIKE FLEMING Tuesday September 28, 2010 @ 2:52pm PDT

Ralph Vicinanza, the longtime literary agent of Stephen King and a stalwart representative of prominent science fiction authors, has passed away at the age of 60 from a brain aneurysm. "In the science fiction community, Ralph was one of the preeminent agents, and over the course of his career represented everyone from Philip K. Dick to Robert Heinlein, Isaac Asimov and Peter Straub," said Vince Gerardis, who partnered with Vicinanza in the production company Created By. While Vicinanza helped his authors get movie deals for many years, he and Gerardis formed Created By to set up scifi projects for his authors. Among the company's credits are *Jumper* (based on the Steve Gould novel), the TV series *Flash Forward* (based on the Robert Sawyer novel) and the upcoming HBO series adaptation of the George RR Martin fantasy series *Game of Thrones*. "He was a great partner, mentor and friend," Gerardis said. Vicinanza's New York office will continue and there will be a memorial service Friday in Yonkers.

This article was printed from http://www.deadline.com/2010/09/r-i-p-ralph-vicinanza/

# EXHIBIT "M"



Enter your email for movie news ✉

Search Box Office World 🔍

- Home
- News
- Trailers
- Reviews
- Showtimes
- Free Movies

 **Movies: And In Other Film Deals...**

**Top Box Office**

- 1. Wall Street: Mon...$19.0M

- 2. Legend of the Gu...$16.1M

- 3. The Town$15.6M

- 4. Easy A$10.6M

- 5. You Again$8.4M

- 6. Devil$6.6M

- 7. Resident Evil: A...$4.9M

- 8. Alpha and Omega$4.7M

- 9. Takers$1.6M

- 10. Inception$1.2M

**DVD Sales**

1. Iron Man 2 (Three-Disc...
2. Iron Man 2 (Single-Dis...
3. Iron Man 2 (Single-Dis...
4. Beauty and the Beast (...
5. Robin Hood: Unrated Di...
6. Toy Story 3
7. Toy Story 3 (Four-Disc...
8. Iron Man 2 (Two-Disc S...
9. Tinker Bell and the Gr...



## And In Other Film Deals...

Date: September 28, 2010

**UPDATE**: Universal has bought screen rights to the Richard Aleas crime novel *Little Girl Lost* and has attached *I'm With Cancer* helmer Jonathan Levine to direct. Michael Bacall is writing the script. An NYU dropout-turned private eye learns that the high school girlfriend he thought went to medical

school instead became a stripper, and was murdered... The website Latino Review got the drop on the festering question of who would play arch-nemesis Moriarty in *Sherlock Holmes 2*. It will be Jared Harris, the son of Richard Harris and a *Mad Men* cast member. Rumors were the studio was looking to star cast for the role, with Daniel Day-Lewis and Colin Firth mentioned. Jude Law reprises, while Noomi Rapace and Stephen Fry are in the cast, the latter playing Holmes' older brother... Paul Haggis is reportedly going to write the script for *The Equalizer,* the CBS drama that's had Russell Crowe attached... *Lost* hunk Josh Holloway is joining *M:I4* cast of Tom Cruise, Jeremy Renner, Paula Patton, reprising thesps Simon Pegg and Ving Rhames, and newcomers Vladimir Mashkov and Michael Nykvist.



**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a <u>gravatar</u>!**

Name (required)

Email Address (required)

Website

Speak your mind

Submit Comment

## More From The Hollywood Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals...
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The London Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals...
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Movies Channel

- The Haunting
- I'm Gonna Explode
- By the Will of Genghis Khan
- The Cleveland Show: Season 1
- Top Gear: Series 13
- Scrubs: Season 9
- Midsomer Murders: The Magician's Nephew

- Paranormal State: Season 4
- Midsomer Murders: Talking to the Dead
- Midsomer Murders: Midsomer Life
- Midsomer Murders: Days of Misrule
- Family Guy: Partial Terms of Endearment
- Legend of the Seeker: Season 2
- Ellery Queen: The Complete Series
- CSI: Crime Scene Investigation: Season 10
- The Oath
- Anthony Bourdain: No Reservations: Collection 5: Part 1
- Soundtrack for a Revolution
- Nightmares in Red, White and Blue
- Vampire Knight: Vol. 2

## More From The Syndicated Channel

- #4: Beauty and the Beast (Three-Disc Diamond Edition Blu-ray/DVD Combo in Blu-ray Packaging)
- #1: Iron Man 2 (Three-Disc Blu-ray/DVD Combo + Digital Copy)
- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- #3: Iron Man 2 (Single-Disc Edition)
- #2: Iron Man 2 (Single-Disc Edition) [Blu-ray]
- Case 39
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #9: Glee: The Complete First Season
- #8: Tinker Bell and the Great Fairy Rescue
- Dreyfuss honored in NY for education initiative (AP)
- Lucas Converting 'Star Wars Saga' To 3D
- Tarantino film editor dies on hike in LA hills (AP)
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode

## More From The TV Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'

- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Uncategorized Channel

- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #8: Tinker Bell and the Great Fairy Rescue
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode
- By the Will of Genghis Khan
- The Cleveland Show: Season 1
- Top Gear: Series 13
- Scrubs: Season 9
- Midsomer Murders: The Magician's Nephew
- Paranormal State: Season 4
- Midsomer Murders: Talking to the Dead
- Midsomer Murders: Midsomer Life
- Midsomer Murders: Days of Misrule

# Box Office World Poll

### Which site is a better and more accurate resource?

○ Leesmovieinfo.net
○ Boxofficeworld.com

| Vote |

View Results



HE'S A NYLABONE DOG
CLICK HERE TO GET
$1.50 OFF any
Nylabone Durable Chew Product
$1.50 OFF

## Box Office

Arthouse Audit: 'Get Low' Surges

'Expendables' Battle On, 'Vampires,' 'Piranha' Settle for Scraps...

Friday Report: 'Expendables' Out-Muscle Wimpy New Movies

Seven-Day Summary: 'Expendables' Carry a Big Gun...

Weekend Briefing: Five Movies Aim for a Late Summer Nibble...

- Home|
- Privacy Policy|
- Advertising Policy|
- Contact Us|

Copyright 2009-2010 Box Office World.

# EXHIBIT "N"

it's nice when the
things you want...



**DEADLINE HOLLYWOOD**

## And In Other Film Deals...

By MIKE FLEMING Tuesday September 28, 2010 @ 1:33pm PDT



UPDATE: Universal has bought screen rights to the Richard Aleas crime novel *Little Girl Lost* and has attached *I'm With Cancer* helmer Jonathan Levine to direct. Michael Bacall is writing the script. An NYU dropout-turned private eye learns that the high school girlfriend he thought went to medical school instead became a stripper, and was murdered...

The website Latino Review got the drop on the festering question of who would play arch-nemesis Moriarty in *Sherlock Holmes 2*. It will be Jared Harris, the son of Richard Harris and a *Mad Men* cast member. Rumors were the studio was looking to star cast for the role, with Daniel Day-Lewis and Colin Firth mentioned. Jude Law reprises, while Noomi Rapace and Stephen Fry are in the cast, the latter playing Holmes' older brother...



Paul Haggis is reportedly going to write the script for *The Equalizer,* the CBS drama that's had Russell Crowe attached...

*Lost* hunk Josh Holloway is joining *M:I4* cast of Tom Cruise, Jeremy Renner, Paula Patton, reprising thesps Simon Pegg and Ving Rhames, and newcomers Vladimir Mashkov and Michael Nykvist.

This article was printed from http://www.deadline.com/2010/09/in-other-deals-2/

# EXHIBIT "O"



Enter your email for movie news 

Search Box Office World

- Home
- News
- Trailers
- Reviews
- Showtimes
- Free Movies

# ☒ Ic : RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week

**Top Box Office**

- 1. Wall Street: Mon...$19.0M

- 2. Legend of the Gu...$16.1M

- 3. The Town$15.6M

- 4. Easy A$10.6M

- 5. You Again$8.4M

- 6. Devil$6.6M

- 7. Resident Evil: A...$4.9M

- 8. Alpha and Omega$4.7M

- 9. Takers$1.6M

- 10. Inception$1.2M

Case 2:10-cv-07371-R -FMO Document 14 Filed 05/31/11 Page 89 of 100 Page ID #:427

**DVD Sales**

1. <u>Iron Man 2 (Three-Disc...</u>
2. <u>Iron Man 2 (Single-Dis...</u>
3. <u>Iron Man 2 (Single-Dis...</u>
4. <u>Beauty and the Beast (...</u>
5. <u>Robin Hood: Unrated Di...</u>
6. <u>Toy Story 3</u>
7. <u>Toy Story 3 (Four-Disc...</u>
8. <u>Iron Man 2 (Two-Disc S...</u>
9. <u>Tinker Bell and the Gr...</u>



## RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week

Date: September 28, 2010

Case 2:10-cv-07371-R -FMO Document 14 Filed 05/31/11 Page 90 of 100 Page ID
#:428



We already crowned CBS as the winner of this season's premiere week. (The network won soundly in both viewers and adults 18-49). But, with some bold scheduling moves and solid premieres, the network also posted ratings gains vs. last year. It was a polarized field overall, with CBS and NBC in positive territory, along with the CW, and ABC and Fox in the other corner, posting double-digit declines. Good news for NBC brass and their new bosses from Comcast: the network showed the biggest improvement year-to-year during premiere week and managed to finish tied for No.2 among 18-49. Despite big launches for ABC's *Dancing with the Stars* and *Modern Family* and Fox's *Glee*, both networks were plagued by disappointing starts for most of their new and returning series, leading to the declines. Meanwhile, Spanish broadcaster Univision also boasted year-to-year gains, 9% in total viewers and 11% in adults 18-49. Here are the stats on premiere week: *Adults 18-49 Ranking:* Net   2010  2009   % Difference 3.3   3.2   +3   2.8   3.3   -15   2.8   2.7   ... **Read More »**

---

**Tell us what you're thinking...**
and oh, if you want a pic to show with your comment, go get a gravatar!

Name (required)

Email Address (required)

Website

Speak your mind

Submit Comment

## More From The Hollywood Channel

- **Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive**
- **Lucas Converting 'Star Wars Saga' To 3D**
- **Steve Carell Taps Scribe Team To Turn Him Into A Rock Star**
- **Sam Raimi's Stars Road Sets 3 TV Projects**
- **It's Official: Fox Cancels 'Lone Star'**

- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The London Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Syndicated Channel

- #4: Beauty and the Beast (Three-Disc Diamond Edition Blu-ray/DVD Combo in Blu-ray Packaging)
- #1: Iron Man 2 (Three-Disc Blu-ray/DVD Combo + Digital Copy)
- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- #3: Iron Man 2 (Single-Disc Edition)
- #2: Iron Man 2 (Single-Disc Edition) [Blu-ray]
- Case 39
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #9: Glee: The Complete First Season
- #8: Tinker Bell and the Great Fairy Rescue
- Dreyfuss honored in NY for education initiative (AP)
- Lucas Converting 'Star Wars Saga' To 3D

Case 2:10-cv-07371-R -FMO Document 14 Filed 05/31/11 Page 92 of 100 Page ID #:430

- Tarantino film editor dies on hike in LA hills (AP)
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode

## More From The TV Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Uncategorized Channel

- #9: Toy Story 3 (Four-Disc Blu-ray/DVD Combo + Digital Copy)
- #7: Toy Story 3
- #6: Robin Hood: Unrated Director's Cut (Blu-ray/DVD Combo + Digital Copy)
- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- #5: Iron Man 2 (Two-Disc Special Edition)
- #8: Tinker Bell and the Great Fairy Rescue
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Review: Vampire tale 'Let Me In' a faithful remake (AP)
- The Haunting
- I'm Gonna Explode
- By the Will of Genghis Khan
- The Cleveland Show: Season 1
- Top Gear: Series 13
- Scrubs: Season 9
- Midsomer Murders: The Magician's Nephew
- Paranormal State: Season 4
- Midsomer Murders: Talking to the Dead
- Midsomer Murders: Midsomer Life
- Midsomer Murders: Days of Misrule

# Box Office World Poll

**Which site is a better and more accurate resource?**

- ○ Leesmovieinfo.net
- ○ Boxofficeworld.com

[ Vote ]

**View Results**



# Box Office

**Arthouse Audit: 'Get Low' Surges**

**'Expendables' Battle On, 'Vampires,' 'Piranha' Settle for Scraps...**

**Friday Report: 'Expendables' Out-Muscle Wimpy New Movies**

**Seven-Day Summary: 'Expendables' Carry a Big Gun...**

**Weekend Briefing: Five Movies Aim for a Late Summer Nibble...**

u

- Home|
- Privacy Policy|
- Advertising Policy|
- Contact Us|

**Copyright 2009-2010 Box Office World.**

# EXHIBIT "P"





## RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week

By NELLIE ANDREEVA Tuesday September 28, 2010 @ 11:58am PDT

We already crowned CBS as the winner of this season's premiere week. (The network won soundly in both viewers and adults 18-49). But, with some bold scheduling moves and solid premieres, the network also posted ratings gains vs. last year. It was a polarized field overall, with CBS and NBC in positive territory, along with the CW, and ABC and Fox in the other corner, posting double-digit declines. Good news for NBC brass and their new bosses from Comcast:



the network showed the biggest improvement year-to-year during premiere week and managed to finish tied for No.2 among 18-49. Despite big launches for ABC's *Dancing with the Stars* and *Modern Family* and Fox's *Glee*, both networks were plagued by disappointing starts for most of their new and returning series, leading to the declines. Meanwhile, Spanish broadcaster Univision also boasted year-to-year gains, 9% in total viewers and 11% in adults 18-49. Here are the stats on premiere week:

*Adults 18-49 Ranking:*

| Net | 2010 | 2009 | % Difference |
|---|---|---|---|
| CBS | 3.3 | 3.2 | +3 |
| ABC | 2.8 | 3.3 | -15 |
| NBC | 2.8 | 2.7 | +4 |
| FOX | 2.6 | 3.1 | -16 |
| CW | 1.1 | 1.0 | +10 |

*Total Viewer Ranking (viewers in millions):*

| Net | 2010 | 2009 | % Difference |
|---|---|---|---|
| CBS | 12.5 | 11.8 | +6 |
| ABC | 9.6 | 11.1 | -13 |
| NBC | 8.2 | 7.6 | +8 |
| FOX | 6.5 | 7.4 | -12 |
| CW | 2.5 | 2.2 | +12 |

This article was printed from http://www.deadline.com/2010/09/ratings-rat-race-nbc-cbs-gain-while-abc-and-fox-lose-ground-in-premiere-week/

# EXHIBIT "Q"



# BOX OFFICE WORLD

Enter your email for movie news 

Search Box Office World

- Home
- News
- Trailers
- Reviews
- Showtimes
- Free Movies

 **Movies: Hot Trailer: 'Yogi Bear'**

**Top Box Office**

- 1. Wall Street: Mon...$19.0M
- 2. Legend of the Gu...$16.1M
- 3. The Town$15.6M
- 4. Easy A$10.6M
- 5. You Again$8.4M
- 6. Devil$6.6M
- 7. Resident Evil: A...$4.9M
- 8. Alpha and Omega$4.7M
- 9. Takers$1.6M
- 10. Inception$1.2M

**DVD Sales**

1. Iron Man 2 (Three-Disc...
2. Iron Man 2 (Single-Dis...
3. Iron Man 2 (Single-Dis...
4. Beauty and the Beast (...
5. Robin Hood: Unrated Di...
6. Toy Story 3
7. Toy Story 3 (Four-Disc...
8. Iron Man 2 (Two-Disc S...
9. Tinker Bell and the Gr...



## Hot Trailer: 'Yogi Bear'

Date: September 28, 2010

Warner Bros gives another glimpse at the Eric Brevig-directed *Yogi Bear*, with a new trailer for a film that



premieres December 17.



**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a <u>gravatar</u>!**

Name (required)

Email Address (required)

Website

Speak your mind

[ Submit Comment ]

## More From The Hollywood Channel

- <u>Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive</u>
- <u>Lucas Converting 'Star Wars Saga' To 3D</u>
- <u>Steve Carell Taps Scribe Team To Turn Him Into A Rock Star</u>

- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The London Channel

- Golden Globe: Once Cold Musical/Comedy Category Is Already Hotly Competitive
- Lucas Converting 'Star Wars Saga' To 3D
- Steve Carell Taps Scribe Team To Turn Him Into A Rock Star
- Sam Raimi's Stars Road Sets 3 TV Projects
- It's Official: Fox Cancels 'Lone Star'
- R.I.P. Ralph Vicinanza
- And In Other Film Deals…
- RATINGS RAT RACE: NBC & CBS Gain While ABC and Fox Lose Ground In Premiere Week
- Hot Trailer: 'Yogi Bear'
- RATINGS RAT RACE: HBO's 'Eastbound' Spikes In Return, 'Boardwalk' Dips In Week 2
- The Oscar Road Traveled By Toronto Films
- R.I.P. Sally Menke
- Lifetime Tackles High Unemployment With 'Fairy Jobmother' Reality Series
- RATINGS RAT RACE: 'Dancing' Wins, 'Event' Drops, No Miracle Bounce For 'Lone Star'
- ITV To Start Charging For Internet Extras
- Jeff Bewkes: 'Network TV Has Whip-Hand Over YouTube And iTunes'
- ABC Family Picks Up Four Pilots
- NBC Snags 'Ghost' Romantic Comedy From Josh Schwartz Starring Rachel Bilson
- BBC Boss 'Confident' Over Licence Fee
- UK Broadcasters Could Be Forced To Carry Local News Bulletins

## More From The Movies Channel

- The Haunting
- I'm Gonna Explode
- By the Will of Genghis Khan
- The Cleveland Show: Season 1
- Top Gear: Series 13
- Scrubs: Season 9
- Midsomer Murders: The Magician's Nephew
- Paranormal State: Season 4
- Midsomer Murders: Talking to the Dead
- Midsomer Murders: Midsomer Life
- Midsomer Murders: Days of Misrule
- Family Guy: Partial Terms of Endearment