```
FREEDMAN & TAITELMAN, LLP
BRYAN J. FREEDMAN (SBN 151990)
bfreedman@ftllp.com
JACQUELINE C. BROWN (SBN 177970)
jbrown@ftllp.com
JESSE KAPLAN (SBN 255059)
jkaplan@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel.:  (310) 201-0005
Fax:  (310) 201-0045
```

Attorneys for Plaintiff MAIL.COM MEDIA CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL.COM MEDIA CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ARTHUR MEYEROVICH, an individual d/b/a www.boxofficeworld.com; ALINA KAGANOVSKY, an individual d/b/a www.boxofficeworld.com; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. CV 10-7371-R FM0x<br><br>Hon. Manuel L. Real<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

　　　　This Stipulation of Voluntary Dismissal (the "Stipulation") is entered into by and between plaintiff Mail.com Media Corporation ("Plaintiff"), on the one hand, and defendants Arthur Meyerovich ("Meyerovich"), Alina Kaganovsky ("Kaganovsky"), and Present Media Group, Inc. ("PMG") (collectively, the "Defendants"), on the other hand (collectively, the "Parties").

　　　　WHEREAS, the Parties have entered into a Settlement Agreement and Release (the "Agreement") for the purpose of resolving this action;

1     IT IS HEREBY STIPULATED AND AGREED between Plaintiff, on the one hand, and Defendants, on the other hand, that:

1. Pursuant to the terms of the Settlement Agreement, the Civil Action is hereby dismissed in its entirety without prejudice, and with each Party bearing its own attorney's fees and costs.

2. Pursuant to the terms of the Settlement Agreement, the Court may retain jurisdiction to enforce the terms of the Settlement Agreement.

DATED: July 11, 2011      FREEDMAN & TAITLEMAN, LLP

By:    /s/
    BRYAN J. FREEDMAN
Attorneys for Plaintiff MAIL.COM MEDIA CORPORATION

DATED: July 11, 2011      GRAVES & WALTON, LLP

By:    /s/
    PHILIP J. GRAVES
    SHEN LI KHONG
Attorneys for Defendants ARTHUR MEYEROVICH. ALINA KAGANOVSKY and PRESENT MEDIA GROUP, INC.

STIPULATION OF VOLUNTARY DISMISSAL

IT IS SO ORDERED.

DATE: _____

                              _____
                              THE HONORABLE MANUEAL REAL
                              THE UNITED STATES DISTRICT JUDGE