**JS-6**

1 FREEDMAN & TAITELMAN, LLP
  BRYAN J. FREEDMAN (SBN 151990)
2 bfreedman@ftllp.com
  JACQUELINE C. BROWN (SBN 177970)
3 jbrown@ftllp.com
  JESSE KAPLAN (SBN 255059)
4 jkaplan@ftllp.com
  1901 Avenue of the Stars, Suite 500
5 Los Angeles, California 90067
  Tel.: (310) 201-0005
6 Fax: (310) 201-0045

7 Attorneys for Plaintiff MAIL.COM MEDIA CORPORATION

8

9         UNITED STATES DISTRICT COURT
10        CENTRAL DISTRICT OF CALIFORNIA
11

| MAIL.COM MEDIA CORPORATION, a Delaware corporation, | CASE NO. CV 10-7371-R FM0x |
|---|---|
| Plaintiff, | Hon. Manuel L. Real |
| vs. | **STIPULATION OF VOLUNTARY DISMISSAL AND ORDER thereon** |
| ARTHUR MEYEROVICH, an individual d/b/a www.boxofficeworld.com; ALINA KAGANOVSKY, an individual d/b/a www.boxofficeworld.com; and DOES 1 through 10, inclusive, | |
| Defendants. | |

    This Stipulation of Voluntary Dismissal (the "Stipulation") is entered into by and between plaintiff Mail.com Media Corporation ("Plaintiff"), on the one hand, and defendants Arthur Meyerovich ("Meyerovich"), Alina Kaganovsky ("Kaganovsky"), and Present Media Group, Inc. ("PMG") (collectively, the "Defendants"), on the other hand (collectively, the "Parties").

    WHEREAS, the Parties have entered into a Settlement Agreement and Release (the "Agreement") for the purpose of resolving this action;

1  IT IS HEREBY STIPULATED AND AGREED between Plaintiff, on the
2  one hand, and Defendants, on the other hand, that:
3     1. Pursuant to the terms of the Settlement Agreement, the Civil Action is
4        hereby dismissed in its entirety without prejudice, and with each Party
5        bearing its own attorney's fees and costs.
6     2. Pursuant to the terms of the Settlement Agreement, the Court may retain
7        jurisdiction to enforce the terms of the Settlement Agreement.

10 DATED: July 11, 2011      FREEDMAN & TAITLEMAN, LLP

12                                             By: ___/s/___
13                                                BRYAN J. FREEDMAN
                                               Attorneys for Plaintiff MAIL.COM MEDIA
14                                                CORPORATION

16 DATED: July 11, 2011      GRAVES & WALTON, LLP

18                                               By: ___/s/___
19                                                PHILIP J. GRAVES
                                               SHEN LI KHONG
20                                                Attorneys for Defendants ARTHUR
21                                                MEYEROVICH. ALINA
                                               KAGANOVSKY and PRESENT
22                                                MEDIA GROUP, INC.

IT IS SO ORDERED.

DATE: July 12, 2011

_____
THE HONOREABLE MANUEAL REAL
THE UNITED STATES DISTRICT JUDGE